DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00155-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DONALD GENE MILLER,
§
 APPEAL FROM THE 8TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 HOPKINS COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant has filed a motion to withdraw appeal. The motion is signed by Appellant and his
counsel. No decision having been delivered by this Court, the motion is granted, and the appeal is
dismissed in accordance with Texas Rule of Appellate Procedure 42.2.


Opinion delivered January 22, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.








(DO NOT PUBLISH)